1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Anthony Gregg

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | ANTHONY GREGG,                          ) Case No.:  CV 12-3223 JPR
                                             )
11 |        Plaintiff,                       ) ORDER AWARDING EQUAL
                                             ) ACCESS TO JUSTICE ACT
12 |        vs.                              ) ATTORNEY FEES AND EXPENSES
                                             ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | CAROLYN W. COLVIN, Acting               ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,         ) U.S.C. § 1920
14 |                                         )
            Defendant                        )
15                                           )
                                             )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $4,100.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

21 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22
23 DATE:   July 22, 2013
24     _____
       THE HONORABLE JEAN P. ROSENBLUTH
25     UNITED STATES MAGISTRATE JUDGE
26

-1-